IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:
    David J. Fink
    Beverly R. Fink,
        Debtors.

Bankruptcy No.: 15-20198-CMB

Chapter 13

    David J. Fink
    Beverly R. Fink,
        Movants,

        v.

No Respondents.

## DEBTORS CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay a Domestic Support Obligation.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On February 18, 2015 at docket number 16, Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

_____
David J. Fink, Debtor

_____
Beverly R. Fink, Joint-Debtor

RESPECTFULLY SUBMITTED,
THE DEBT DOCTORS, LLC

By:    /s/*Matthew M. Herron*
      Matthew M. Herron
      607 College Avenue, Suite 101
      Pittsburgh, PA 15232
      mmh@thedebtdoctors.com
      412-395-6001
      PA I.D. No. 88927