**Form 408**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**David J. Fink
Beverly R. Fink**
Debtor(s)

Bankruptcy Case No.: 15−20198−CMB

Chapter: 13
Docket No.: 109 − 106

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

 **AND NOW,** this The 26th of March, 2020, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

 **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 5/11/20.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **6/3/20 at 10:00 AM in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **5/11/20.**

                                                                Carlota M. Bohm
                                                                United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 15-20198-CMB
David J. Fink                                                         Chapter 13
Beverly R. Fink
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: gamr                Page 1 of 2              Date Rcvd: Mar 26, 2020
                              Form ID: 408              Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 28, 2020.
```
db/jdb         +David J. Fink,   Beverly R. Fink,   315 Lincoln Drive,   Pittsburgh, PA 15241-1808
aty            +The Debt Doctors at Quatrini Rafferty,   941 Penn Avenue,   Suite 101,
                 Pittsburgh, PA 15222-3843
aty            +The Debt Doctors, LLC,   310 Grant Street,   Suite 1701,   Pittsburgh, PA 15219-2239
cr             +PNC BANK N.A.,   PO BOX 94982,   CLEVELAND, OH 44101-4982
13983676       +AES,   PO Box 61047,   Harrisburg, PA 17106-1047
13995832       +Apothaker & Associates,   520 Fellowship Road,   C306,   Mount Laurel, NJ 08054-3410
13995833      ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                 (address filed with court: Bank of America,   PO Box 982235,   El Paso, TX 79998)
14061060        CAPITAL ONE, N.A.,   C/O BECKET AND LEE LLP,   POB 3001,   MALVERN, PA 19355-0701
13995849      ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
                 (address filed with court: Sears,   PO Box 6922,   The Lakes, NV 88901)
13983677       +Chase Auto Finance,   P.O. Box 901003,   Fort Worth, TX 76101-2003
14023803       +County of Allegheny,   c/o Goehring Rutter & Boehm,   437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
13983679       +DSNB/Macy's,   P.O. Box 17759,   Clearwater, FL 33762-0759
14002244       +Department Stores National Bank For Macys Branded,   Bankruptcy Processing,   Po Box 8053,
                 Mason, OH 45040-8053
13995839       +Frederic I. Weinberg, Esquire,   Joel M. Flink, Esquire,   375 East Elm Street, Suite 210,
                 Conshohocken, PA 19428-1973
13983680       +HSBC,   P.O. Box 17051,   Baltimore, MD 21297-1051
13995843       +Macys/DSNB,   PO Box 17759,   Clearwater, FL 33762-0759
13983682       +National Collegiate Student Loan Trust,   1200 N 7th Street,   Harrisburg, PA 17102-1419
14044222       +National Collegiate Student Loan Trust-2004-2,   Po Box 4275,   Norcross, GA 30091-4275
13995846       +PNC,   P.O. Box 15026,   Wilmington, DE 19850-5026
13999045       +PNC BANK, N/A,   P O BOX 94982,   CLEVELAND OHIO 44101-4982
13983683        PNC Bank MT2,   2730 Liberty Avenue,   Pittsburgh, PA 15265-0001
13995850       +THD/CBNA,   PO Box 6497,   Sioux Falls, SD 57117-6497
13995851       +Union Plus Credit Card,   P.O. Box 17051,   Baltimore, MD 21297-1051
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13995836        E-mail/Text: mrdiscen@discover.com Mar 27 2020 03:49:25     Discover Financial Services LLC,
                 P.O. Box 15316,   Wilmington, DE 19850-5316
13990172        E-mail/Text: mrdiscen@discover.com Mar 27 2020 03:49:25     Discover Bank,
                 Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
13983678        E-mail/Text: mrdiscen@discover.com Mar 27 2020 03:49:25     Discover Fin Svcs LLC,
                 P.O. Box 15316,   Wilmington, DE 19850-5316
13997925        E-mail/Text: bk.notifications@jpmchase.com Mar 27 2020 03:50:05     JPMorgan Chase Bank, N.A.,
                 National Bankruptcy Department,   P.O. Box 29505 AZ1-1191,   Phoenix, AZ 85038-9505
13995842        E-mail/Text: bncnotices@becket-lee.com Mar 27 2020 03:49:35     Kohls/Capital One,
                 PO Box 3115,   Milwaukee, WI 53201-3115
13983681       +E-mail/Text: bankruptcydpt@mcmcg.com Mar 27 2020 03:50:44     Midland Funding LLC,
                 8875 Aero Drive, Suite 200,   San Diego, CA 92123-2255
13983684        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 27 2020 03:55:42
                 Portfolio Recovery,   120 Corporate Blvd.,   Norfolk, VA 23502
14062847        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 27 2020 03:57:50
                 Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
                                                                                              TOTAL: 8
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Allegheny County
cr              JPMORGAN CHASE BANK, N.A.
cr              Transworld Systems, Inc.
13995831*      +AES,   PO Box 61047,   Harrisburg, PA 17106-1047
13995838*     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                 (address filed with court: FIA Card Services,   P.O. Box 15726,   Wilmington, DE 19886)
13995834*      +Chase Auto Finance,   P.O. Box 901003,   Fort Worth, TX 76101-2003
13995837*      +DSNB/Macy's,   P.O. Box 17759,   Clearwater, FL 33762-0759
13995835*       Discover Bank,   Discover Products, Inc.,   PO Box 3025,   New Albany, OH 43054-3025
13995840*      +HSBC,   P.O. Box 17051,   Baltimore, MD 21297-1051
13995844*      +Midland Funding LLC,   8875 Aero Drive, Suite 200,   San Diego, CA 92123-2255
13995845*      +National Collegiate Student Loan Trust,   1200 N 7th Street,   Harrisburg, PA 17102-1419
13995847*       PNC Bank MT2,   2730 Liberty Avenue,   Pittsburgh, PA 15265-0001
13995848*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery,   120 Corporate Blvd.,   Norfolk, VA 23502)
13995841      ##+Jennifer Fink,   4701 N O'Connor Drive,   #1008,   Irving, TX 75062-2743
                                                                                 TOTALS: 3, * 10, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-2           User: gamr                Page 2 of 2              Date Rcvd: Mar 26, 2020
                               Form ID: 408              Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2020                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2020 at the address(es) listed below:
```
              James  Warmbrodt    on behalf of Creditor    PNC BANK N.A. bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com, cnoroski@grblaw.com
              Karina  Velter    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. amps@manleydeas.com
              Matthew M. Herron    on behalf of Attorney    The Debt Doctors at Quatrini Rafferty
               mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com
              Matthew M. Herron    on behalf of Attorney    The Debt Doctors, LLC mmh@thedebtdoctors.com,
               hgs@thedebtdoctors.com;alb@thedebtdoctors.com
              Matthew M. Herron    on behalf of Joint Debtor Beverly R. Fink mmh@thedebtdoctors.com,
               hgs@thedebtdoctors.com;alb@thedebtdoctors.com
              Matthew M. Herron    on behalf of Debtor David J. Fink mmh@thedebtdoctors.com,
               hgs@thedebtdoctors.com;alb@thedebtdoctors.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 9
```